# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON LUCE**, et al., | : | **CIVIL ACTION NO. 1:06-CV-0600** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **GREEN TREE CONSUMER DISCOUNT COMPANY,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 7th day of April, 2006, upon consideration of the order of court dated March 28, 2006 (Doc. 4), directing plaintiffs to pay the fee for filing the complaint in the above-captioned case or to file applications, completed by each of the plaintiffs, to proceed *in forma pauperis*, see 28 U.S.C. § 1914; id. § 1915(a)(1), and it appearing that plaintiffs Ron Luce and Stephen Horton have not filed applications to proceed *in forma pauperis* (see Doc. 6), it is hereby ORDERED that:

1. On or before April 28, 2006, plaintiffs shall pay the fee for filing the complaint in the above-captioned case, or shall file with the court applications completed by plaintiffs Ron Luce and Stephen Horton to proceed *in forma pauperis*. See 28 U.S.C. § 1914; id. § 1915(a)(1). Failure to pay the applicable fee or to file the appropriate applications will result in the dismissal of this case.

2. The Clerk of Court is direct to send to plaintiffs, via United States mail, two non-prisoner applications to proceed *in forma pauperis*.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge