# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GORDON LUCE**, et al., | : | CIVIL ACTION NO. 1:06-CV-0600 |
| | : | |
| Plaintiffs | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **GREEN TREE CONSUMER DISCOUNT COMPANY**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 20th day of June, 2006, upon consideration of the order of court dated May 17, 2006 (Doc. 15), in which plaintiffs were directed to file, on or before June 16, 2006, an amended complaint that substantially complies with the requirements of federal and local rules of procedure, and warning that failure to comply would result in the dismissal of this case, and it appearing that as of the date of this order plaintiffs have not filed an amended complaint,[1] it is hereby ORDERED that the above-captioned action is DISMISSED without prejudice. See FED. R. CIV. P. 41(b). The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] While plaintiffs filed "exhibits" (see Doc. 16) with the court, these documents consist of a compendium of disjointed facts, statutes, and correspondence, and do not otherwise comply with federal or local rules, or the prior order of this court.