IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GORDON LUCE**, et al., | : CIVIL ACTION NO. 1:06-CV-0600 |
| Plaintiffs | : (Judge Conner) |
| v. | : |
| **GREEN TREE CONSUMER DISCOUNT COMPANY,** | : |
| Defendant | : |

# ORDER

AND NOW, this 22nd August, 2006, upon consideration of plaintiffs' motions (Docs. 18, 19), requesting that the court reopen the above-captioned action, appoint counsel, and allow plaintiffs leave to file motions for summary judgment, and it appearing that this case was closed on June 20, 2006 (see Doc. 17) after plaintiffs failed to comply with an order of court directing them to file an amended complaint substantially adhering to the requirements of federal and local rules of procedure, and warning that failure to comply with the order would result in the dismissal of this case, and it further appearing that the instant motions are largely unintelligible and do not set forth newly discovered evidence or aver an error of law or fact warranting the reopening of this case, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence."), it is hereby ORDERED that the motions (Docs. 18, 19) are CONSTRUED as motions for reconsideration and are DENIED as so construed.

　　S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge